| | |
|---|---|
| Chambers of<br>**GEORGE L. RUSSELL, III**<br>United States District Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-4055 |

September 19, 2018

MEMORANDUM TO COUNSEL RE: Rutherford, et al. v. Nationwide Affinity Insurance Company of America
Civil Action No. GLR-18-2475

Dear Counsel:

Pending before the Court is Nominal Plaintiff Willadean Fischbach's Motion to Intervene (ECF No. 3). The Motion is ripe for disposition, and no hearing is necessary. See Local Rule 105.6 (D.Md. 2016). For the reasons outlined below, the Court will grant the Motion.

On August 13, 2018, Plaintiffs Jacqueline Rutherford and Curtis Rutherford (collectively, "Rutherford") filed a two-Count Complaint for Declaratory Relief (ECF No. 1) seeking an adjudication regarding the parties' coverage rights and liabilities under an underinsured motorist insurance policy that Defendant Nationwide Affinity Insurance Company of America ("Nationwide") issued. The Complaint expressly joins Fischbach as a party in interest. (Compl. Declaratory Relief at 2, ECF No. 1). On August 20, 2018, Fischbach moved to intervene in this action, asserting that: (1) this action stems from a motor tort case involving all of the parties here; and (2) Fischbach "has an interest in the Court's declaration of coverage available to her and the other Plaintiffs." (Mot. Intervene ¶ 3, ECF No. 3). To date, the Court has no record that either Rutherford or Nationwide has filed an Opposition.

Accordingly, for the reasons stated therein, the Motion to Intervene (ECF No. 3) is GRANTED. The Court directs Fischbach to enter an appearance in this case within seven (7) days of the date of this memorandum. Failure to do so may result in the Court dismissing her from the case. Despite the informal nature of this memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/
_____
George L. Russell, III
United States District Judge